■ SHIRLEY BEAM, Appellant, v ADAM, MELDRUM & ANDERSON COMPANY, Respondent. [643 NYS2d 439] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gorski, J. (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Summary Judgment.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.

■ THOMAS G. SMITH et al., Respondents, v H. ROY SILVERS et al., Appellants, et al., Defendants. (Appeal No. 1.) [643 NYS2d 462] —Appeal unanimously dismissed without costs (see, Smith v Catholic Med. Ctr., 155 AD2d 435; see also, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Gossel, J.—Set Aside Verdict.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN R. DE ZIMM, Appellant. [643 NYS2d 451] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Driving While Ability Impaired.) Present—Lawton, J. P., Fallon, Callahan, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY L. SCOTT, Appellant. [643 NYS2d 439] —Judgment unanimously affirmed. Memorandum: Defendant contends that he was denied effective assistance of counsel because his retained attorney, who was subsequently disbarred by this Court, was so preoccupied with his own legal difficulties at the time of his representation that he was unable properly to advise defendant. Defendant's contentions cannot be reviewed on the record before us; they can be reviewed only by a motion pursuant to CPL article 440.

Defendant entered a plea of guilty with the understanding that he would be sentenced to a maximum term of imprisonment of $3^1/2$ to 7 years. Under the circumstances, the sentence is neither unduly harsh nor severe, and we decline to exercise our power to modify the sentence as a matter of discretion in the interest of justice (see, CPL 470.15 [6] [b]). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Attempted Assault, 1st Degree.) Present—Lawton, J. P., Fallon, Callahan, Doerr and Davis, JJ.